# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARLENE WESLEY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | **NO. 19-4559** |

## ORDER

**NOW**, this 4th day of August, 2020, upon consideration of the Brief in Support of Plaintiff's Request for Review (Document No. 14), the defendant's response, the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Document No. 19), the Plaintiff's Objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The plaintiff's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Thomas J. Rueter is **APPROVED** and **ADOPTED**; and

3. The plaintiff's request for review is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.